UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUSTIN COUNTRYMAN,

          Plaintiff,

  v.

DAVID SHERMAN, et al.,

          Defendant.

Case No. C19-01767-JCC-SKV

ORDER GRANTING EXTENSION TO SUBMIT JOINT STATUS REPORT

This is a 42 U.S.C. § 1983 prisoner civil rights action. By order dated November 5, 2021, this Court ordered the parties to submit a joint status report by November 29, 2021, addressing: (a) the status of the remaining discovery issues and providing a date when they reasonably believe those issues will be resolved; and ; (b) the scope of any additional discovery and the length of any additional discovery period that will be necessary in light of the recently-filed amended complaint; and (c) whether the dispositive motions deadline should be further extended in light of the amended complaint. Dkt. 69.

On November 29, 2021, Defendants submitted a status report indicating that they had had a call scheduled with Plaintiff but had been unable to speak to him because Plaintiff's unit had been placed on quarantine and there was a lack of classification staff to facilitate the call. Dkt.

72. Accordingly, Defendants provided their own status report providing the information as directed by the Court. *Id.* Defendants asked that Plaintiff either be allowed to submit his own status report, and given additional time to do so if necessary, or that the Court grant an extension for the parties to submit a joint status report. *Id.*

Because the Court believes a joint status report reflecting any areas of agreement or disagreement by the parties would be beneficial in this case, the Court hereby GRANTS the parties an extension of time, until **December 30, 2021**, to submit a joint status report addressing the issues set forth in the Court's November 5, 2021 order.

The Clerk is directed to send copies of this order to the parties and to the Honorable John C. Coughenour.

Dated this 14th day of December, 2021.

S. KATE VAUGHAN
United States Magistrate Judge