UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUSTIN COUNTRYMAN,

        Plaintiff,

   v.

DAVID SHERMAN, et al.,

        Defendant.

Case No. C19-01767-JCC-SKV

ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION

THIS MATTER having come regularly before the Court on Defendants' Motion for Extension, Dkt. 76, the Court having reviewed the unopposed motion, the parties' Second Joint Status Report on Discovery, Dkt. 75, and other evidence submitted by the parties, and being otherwise fully advised does hereby find and **ORDER**:

1. The Motion for Extension, Dkt. 76, is **GRANTED**;
2. The Court concludes that there is good cause for extending the discovery and dispositive motion deadlines for the reasons outlined in the Second Joint Status Report and Defendants' motion.
3. The discovery deadline is extended until **February 28, 2022**.
4. The dispositive motion deadline is extended until **March 30, 2022**.

ORDER GRANTING DEFENDANTS' MOTION
FOR EXTENSION - 1

5. The Clerk is directed to send copies of this order to the parties and to the Honorable John C. Coughenour.

Dated this 18th day of January, 2022.

*S. Kate Vaughan* (signature)

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING DEFENDANTS' MOTION
FOR EXTENSION - 2