UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN COUNTRYMAN,<br><br>                Plaintiff,<br><br>   v.<br><br>DAVID SHERMAN, et al.,<br><br>                Defendant. | Case No. C19-01767-JCC-SKV<br><br>ORDER GRANTING MOTION FOR EXTENSION |

      Plaintiff proceeds *pro se* in this 42 U.S.C. § 1983 civil rights action. On April 5, 2022, Plaintiff filed a motion for extension of time (Dkt. 81) seeking a sixty-day extension of his deadline to respond to Defendants' motion for summary judgment (Dkt. 78), presently noted for April 15, 2022. Plaintiff asserts he has had and continues to have limited access to the law library due to COVID-19 protocols and, for this reason, requires additional time to prepare his response. Dkt. 81. Defendants indicate they do not object to Plaintiff's requested extension. Dkt. 82. The Court finds good cause for the extension.

      Accordingly, it is hereby **ORDERED**:

ORDER GRANTING MOTION FOR EXTENSION
- 1

1    (1) Plaintiff's motion for extension (Dkt. 81) is **GRANTED**. Plaintiff shall file his
2  response to Defendants' motion for summary judgment (Dkt. 78) by **June 14, 2022**. Defendants
3  may file a reply by **June 24, 2022**.
4    (2) The Clerk is directed to **re-note** Defendants' motion for summary judgment (Dkt.
5  78) for **June 24, 2022**
6    (3) The Clerk is directed to send copies of this order to the parties and to the
7  Honorable John C. Coughenour.
8    Dated this 7th day of April, 2022.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge