UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN COUNTRYMAN,<br><br>    Plaintiff,<br><br> v.<br><br>DAVID SHERMAN, et al.,<br><br>    Defendant. | Case No. C19-01767-JCC-SKV<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF |

This is a 42 U.S.C. § 1983 prisoner civil rights action. Plaintiff moves for leave to file an overlength brief of forty (40) pages in response to Defendants' motion for summary judgment. Dkt. 85. Plaintiff subsequently filed his overlength response brief. Dkt. 87.

Accordingly, it is hereby ORDERED:

(1) Plaintiff's motion for leave to file an overlength brief, Dkt. 85, is GRANTED and the Court will consider the entirety of Plaintiff's response brief.

(2) Pursuant to Local Civil Rule (LCR) 7(f), Defendants may file a reply brief of not more than twenty (20) pages by **June 24, 2022**.

//

//

ORDER GRANTING MOTION FOR LEAVE TO
FILE OVERLENGTH BRIEF - 1

(3) The Clerk is directed to send copies of this order to the parties and to the Honorable John C. Coughenour.

Dated this 14th day of June, 2022.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge